

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-86,253-01

**EX PARTE JEFFREY MICHAEL STANSEL, Applicant**

ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 15-02-01697-CR(1) IN THE 359TH DISTRICT COURT
FROM MONTGOMERY COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine in an amount of more than four grams but less than two hundred grams, and was sentenced to thirty years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because after he entered his plea, the evidence in his case was tested and found to weigh less than four grams.

The parties have entered agreed findings of fact and conclusions of law, and the trial court

has determined that Applicant's decision to plead guilty in this case was not a voluntary and intelligent choice. Applicant is entitled to relief. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014).

Relief is granted. The judgment in Cause No. 15-02-01697-CR in the 359th District Court of Montgomery County is set aside, and Applicant is remanded to the custody of the Sheriff of Montgomery County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 1, 2017
Do not publish